# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/19/2005  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR05-00181DAE |
| CASE NAME: | USA v. Diane Hamby |
| ATTYS FOR PLA: | Kenneth Sorenson |
| ATTYS FOR DEFT: | David Klein |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 12/19/2005 | TIME: | 10:34-10:53:22am |

COURT ACTION:  EP:
1. Order to Show Cause Why Pretrial Release Should Not Be Revoked
2. Final Pretrial Conference

Defendant present, not in custody.

Defendant requests the court follow the final recommendation from pretrial services. Government requests detention.

Defendant admits to the violations.  Court finds that defendant has admitted to the violations and revokes defendant's pretrial release.

Defendant shall undergo assessment for residential treatment at a substance abuse facility. Upon the completion of that assessment, if she is deemed an appropriate candidate for residential treatment, defendant may present an appropriate motion to the court

EO:  Final Pretrial Conference has been continued to 12/27/05 at 10:00am before Judge Chang

cc: Kenneth Sorenson, via e-mail
    David Klein, via e-mail

Defendant is remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\Diane Hamby2,sa.wpd