| | | |
|---|---|---|
| **Shari Afuso/HID/09/USCOURTS** | To | HIDml_CR Notice Group |
| 12/22/2005 04:16 PM | cc | dk@thedefense.com, Theresa Lam/HID/09/USCOURTS@USCOURTS |
| | bcc | |
| | Subject | CR05-181DAE, USA v. Diane Hamby |

CR05-181DAE, USA v. Diane Hamby

At counsel's request, Final Pretrial Conference set 12/27/05 before Judge Chang has been continued to 1/3/06 at 10:00am before Judge Kobayashi

AUSA: Kenneth Sorenson
Def Atty: David Klein

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 2 2005

at ____o'clock and ____min ___M
SUE BEITIA, CLERK
```