ORIGINAL

DAVID F. KLEIN  5066
Attorney at Law
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Tel: (808) 523-7774
Fax: (808) 599-1645
Email: dk@thedefense.com

Attorney for Defendant DIANE HAMBY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 6 2006

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00181 DAE |
|---|---|
| Plaintiff, | ) |
| vs. | ) NOTICE OF MOTION; DEFENDANT DIANE HAMBY'S MOTION TO RECONSIDER ORDER OF DETENTION; CERTIFICATE OF SERVICE |
| DIANE HAMBY, | ) |
| Defendant. | ) DATE: |
| | ) TIME: |
| | ) JUDGE:  Leslie E. Kobayashi |

## NOTICE OF MOTION

TO:   Kenneth M. Sorenson, Esq.
      United States Attorney's Office
      Room 6100, PJKK Federal Building
      300 Ala Moana Boulevard
      Honolulu, Hawaii 96850

      Ms. Carolyn L.K. Hall
      United States Pretrial Services
      Room 7-222, PJKK Federal Building
      300 Ala Moana Boulevard
      Honolulu, Hawaii 96850

PLEASE TAKE NOTICE that the foregoing motion will be presented before the Honorable Leslie E. Kobayashi, Judge of the above-entitled Court, in her courtroom located in the Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii on _____ at _____ of said day, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, January 6, 2006.

                                                /s/ David F. Klein
                                                DAVID F. KLEIN
                                                Attorney for Defendant
                                                DIANE HAMBY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>DIANE HAMBY,<br><br>      Defendant. | CR. NO. 05-00181 DAE<br><br>**DEFENDANT DIANE HAMBY'S MOTION TO RECONSIDER ORDER OF DETENTION** |

### DEFENDANT DIANE HAMBY'S MOTION TO RECONSIDER ORDER OF DETENTION

COMES NOW Defendant DIANE HAMBY by and through her attorney, David F. Klein, and moves this Court to reconsider its order of detention so that Ms. Hamby may be released from custody into a residential treatment program at Hina Mauka on Oahu.

This Motion is brought pursuant to *18 U.S.C. 3142* and is based on such evidence as is presented at the hearing on this Motion.

DATED: Honolulu, Hawaii, January 6, 2006.

_____
DAVID F. KLEIN
Attorney for Defendant
DIANE HAMBY

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CR. NO. 05-00181 DAE** |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| vs. ) | |
| ) | |
| DIANE HAMBY, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on today's date, a true and correct copy of the foregoing document will be duly served on the following parties, by hand delivery or by depositing the same in the United States Mail, properly addressed and first-class postage prepaid:

| | Mail | Hand-Delivery |
|---|---|---|
| Kenneth M. Sorenson, Esq.<br>United States Attorney's Office<br>Room 6100, PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96850 | | X |
| Ms. Carolyn L.K. Hall<br>United States Pretrial Services<br>Room 7-222, PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96850 | | X |

DATED: Honolulu, Hawaii, January 6, 2006.

_____
DAVID F. KLEIN

4