ORIGINAL

DAVID F. KLEIN  5066
Attorney at Law
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Tel: (808) 523-7774
Fax: (808) 599-1645
Email: dk@thedefense.com

LODGED
JAN 1 1 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 2 0 2006
at 1 o'clock and __ min __ M
SUE BEITIA, CLERK

Attorney for Defendant DIANE HAMBY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DIANE HAMBY, <br><br> Defendant. | CR. NO. 05-00181 DAE <br><br> STIPULATION AND ORDER CONTINUING TRIAL AND TO EXCLUDE TIME <br><br> **New** Trial Date:  04/25/06 <br> **Old** Trial Date:  01/24/06 |

### STIPULATION AND ORDER CONTINUING TRIAL AND TO EXCLUDE TIME

IT IS HEREBY STIPULATED by and between the parties herein that the jury trial presently scheduled for January 24, 2006, be continued to April 25, 2006, at 9:00 a.m., before Chief District Court Judge David A. Ezra.  The final pretrial conference will be held on March 28, 2006, at 10:00 a.m., before Magistrate Barry M. Kurren.  Defense motions are due on February 27, 2006, and the Government's responses are due on March 13, 2006.

IT IS FURTHER STIPULATED that the time period from January 24, 2006, to and including April 25, 2006, be excluded from the computations required by the Speedy Trial

Act, 18 U.S.C. § 3161(h)(8)(B)(iv) on the grounds that the ends of justice served by granting this continuance outweigh the best interest of the public and Defendant in a speedy trial. The Court bases this finding on the fact that Defendant's counsel needs additional time to adequately prepare for trial and that failure to grant the continuance would unreasonably deny the Defendant continuity of counsel and would further deny the Defendant the reasonable time necessary for effective preparation, taking into account due diligence.

Dated: Honolulu, Hawaii January 11, 2006.

_____
David F. Klein
Attorney for Defendant

_____
Kenneth M. Sorenson
Assistant U.S. Attorney

APPROVED AND SO ORDERED:

_____
DAVID A. EZRA
Chief U.S. District Judge
District of Hawaii

USA V. DIANE HAMBY, CR. NO. 05-00181-01 DAE, STIPULATION AND ORDER CONTINUING TRIAL AND TO EXCLUDE TIME