# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/2/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR05-00181DAE |
| CASE NAME: | USA v. Diane Hamby |
| ATTYS FOR PLA: | Chris Thomas for Kenneth Sorenson |
| ATTYS FOR DEFT: | David Klein |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 2/2/2006 | TIME: | 1:00-1:02:28pm |

COURT ACTION:  EP: Status Conference Re: Defendant's Bail Conditions - defendant present, not in custody.

Government and defendant submit on the pretrial services report

Court will follow the recommendations of pretrial services as follows:

**ADD**:

(7i)   Do not change residence without the advance approval of Pretrial services.

(7j)   Maintain residence at: a facility or residence on the island of Oahu as approved by Pretrial Services.

Other Conditions:   Remain in the Hina Mauka aftercare treatment program until clinically discharged

All other terms and conditions remain in full force and effect

Submitted by: Shari Afuso, Courtroom Manager