```
DAVID F. KLEIN  5066
Attorney at Law
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Tel: (808) 523-7774
Fax: (808) 599-1645
Email: dk@thedefense.com
```

Attorney for Defendant DIANE HAMBY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | **CR. NO. 05-00181 DAE** |
|---|---|---|
| Plaintiff, | ) ) ) | **DEFENDANT DIANE HAMBY'S MOTION TO AMEND TERMS OF** |
| vs. | ) ) | **RELEASE; CERTIFICATE OF SERVICE** |
| DIANE HAMBY, | ) ) | |
| Defendant. | ) ) | |

### DEFENDANT DIANE HAMBY'S
### MOTION TO AMEND TERMS OF RELEASE

COMES NOW Defendant DIANE HAMBY by and through her attorney, David F. Klein, and moves this Court to amend its terms of release so that Ms. Hamby may return to her residence on Kauai.

This Motion is brought pursuant to *18 U.S.C. 3142* and is based on such evidence as is presented at the hearing on this Motion.

DATED:  Honolulu, Hawaii, March 17, 2006.

/s/ David F. Klein
DAVID F. KLEIN
Attorney for Defendant
DIANE HAMBY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CR. NO. 05-00181 DAE** |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| vs. ) | |
| ) | |
| DIANE HAMBY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Kenneth M. Sorenson **ken.sorenson@usdoj.gov** March 17, 2006

Served by Hand-Delivery:
Ms. Alison Thom                                      March 17, 2006
U.S. Pretrial Services
Room 7-222, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

DATED:  Honolulu, Hawaii, March 17, 2006.

/s/ Sheri Tongg

2