# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/22/06  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER: CR 05-00181DAE

CASE NAME: USA v. Diane Hamby

ATTYS FOR PLA: Louis Bracco for Kenneth M. Sorenson

ATTYS FOR DEFT: David F. Klein

INTERPRETER:

JUDGE: Barry M. Kurren        REPORTER: C6F

DATE: 3/22/06                 TIME: 2:39 - 2:41

COURT ACTION:   EP: Defendant Diane Hamby's Motion to Amend Terms of Release GRANTED.  Defendant present on bail.

The following conditions of release are added:
- (7h1)  Travel is restricted to State of Hawaii, inter-island travel must be approved in advance by Pretrial Services.
- (7n)  Undergo a psychiatric/mental health evaluation and participate in any recommended counseling as approved by Pretrial Services.  Take all medications as prescribed.

The following conditions of release are deleted:
3.     (7h3)  Travel is restricted to: the Island of Oahu.

13.    Release is delayed until bed space is available at Hina Mauka.

14.    Other Conditions: Prior to completion of the Hina Mauka residential substance abuse treatment program, a Status Hearing will be scheduled to determine the appropriate living arrangements and after care treatment.  In the absence of an appropriate aftercare plan, you will be returned to custody.

16.    (7j)  Maintain residence at: a facility or residence on the Island of Oahu as approved by Pretrial Services.

All other conditions to remain unchanged.

Submitted by Richlyn Young, courtroom manager