# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/6/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00181DAE |
| CASE NAME: | USA v. Diane Hamby |
| ATTYS FOR PLA: | Kenneth M. Sorenson |
| ATTYS FOR DEFT: | David F. Klein |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 4/6/2006 | TIME: | 2:34 - 2:48 |

COURT ACTION:  EP: Motion to Withdraw Not Guilty Plea and to Plead Anew - deft present on bail.

Consent to Rule 11 Plea in a Felony Case Before United States Magistrate Judge signed and filed.

Deft sworn and queried.  Advised of rights.
No Memorandum of Plea Agreement.

Plea of GUILTY entered to Count I of the Indictment.

Court to submit Report and Recommendation Concerning Guilty Plea recommending that deft be adjudged guilty.
Deft advised of right to file objection to Report and Recommendation.

Pre-Sentence Investigation Report ordered.

SENTENCING 9-25-06 @ 3 p.m., DAE.
Trial date vacated.
Bail to continue.

Submitted by Richlyn Young, courtroom manager