ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 04 2006

LODGED at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

MAY 03 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

DAVID F. KLEIN  5066
Attorney at Law
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Tel: (808) 523-7774
Fax: (808) 599-1645
Email: dk@thedefense.com

Attorney for Defendant DIANE HAMBY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00181 DAE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | AMEND CONDITIONS OF PRETRIAL |
| vs. ) | RELEASE FOR DEFENDANT TO |
| ) | TRAVEL TO CALIFORNIA |
| DIANE HAMBY, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION AND ORDER TO AMEND CONDITIONS OF
PRETRIAL RELEASE FOR DEFENDANT TO TRAVEL TO CALIFORNIA**

IT IS HEREBY STIPULATED by and between the parties herein that Defendant Diane Hamby be allowed to travel to California to attend the wedding of her daughter.

Defendant shall be permitted to leave Hawaii on or after May 9, 2006 and must return by May 31, 2006. Defendant shall advise pretrial services as to the exact itinerary along with her place of residence while in California.

Ms. Hamby shall provide Pretrial Services with a copy of her itinerary and contact information. All other conditions of pretrial release shall remain the same.

IT IS SO STIPULATED:

Dated: Honolulu, Hawaii  May 2, 2006.

---
DAVID F. KLEIN
Attorney for Defendant

---
KENNETH M. SORENSON
Assistant U.S. Attorney

---
CAROLYN L.K. HALL
Senior U.S. Pretrial
Services Officer

APPROVED AND SO ORDERED:

---
United States Magistrate Judge
District of Hawaii

USA V. DIANE HAMBY, CR. NO. 05-00181-01 DAE, STIPULATION AND ORDER TO AMEND CONDITIONS OF PRETRIAL RELEASE FOR DEFENDANT TO TRAVEL TO CALIFORNIA