DAVID F. KLEIN  5066
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Tel: (808) 523-7774
Fax: (808) 599-1645
Email: dfklein@gmail.com

Attorney for Defendant DIANE HAMBY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 05-00181 DAE |
| Plaintiff, | **STIPULATION AND ORDER RE SCHEDULING OF SENTENCING DATE** |
| vs. | |
| DIANE HAMBY, | **New Sentencing Date:** 04/2/07 |
| Defendant. | |

**STIPULATION AND ORDER RE SCHEDULING OF SENTENCING DATE**

IT IS HEREBY STIPULATED by and between the parties herein that the sentencing shall be scheduled for April 2, 2007 at 11:15 a.m., before District Court Judge David A. Ezra.

Dated: Honolulu, Hawaii  March 2, 2007.

_____
David F. Klein
Attorney for Defendant

_____
Kenneth M. Sorenson
Assistant U.S. Attorney

APPROVED AND SO ORDERED:

_____
DAVID A. EZRA
U.S. District Judge