# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/2/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00181DAE |
| CASE NAME: | USA v. Diane Hamby |
| ATTYS FOR PLA: | Kenneth M. Sorenson |
| ATTYS FOR DEFT: | David Klein |
| USPO: | Anne Shimokawa |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 4/2/2007 | TIME: | 11:15am-12:05pm |

COURT ACTION:  EP: Sentencing to Count 1 of the Indictment as to Defendant Diane Hamby.

Defendant Diane Hamby present, not in custody.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant Diane Hamby.

SENTENCE:

Imprisonment:  24 MONTHS

Supervised Release:  5 YEARS

CONDITIONS:

1. Defendant shall abide by the standard conditions of supervision.

2. Defendant shall not commit any federal, state, or local crimes (mandatory condition).

3. Defendant shall not possess illegal controlled substances (mandatory condition).

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer (mandatory condition).

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase up to one valid drug test per day.

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Defendant shall participate in and comply with substance abuse treatment, which may include drug and alcohol testing in a program approved by the Probation Office.  Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. Defendant shall participate in a mental health program at the discretion and direction of the Probation Office.

10. Defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special Assessment:  $100.00.

JUDICIAL RECOMMENDATIONS: Federal Prison Camp for women on the West Coast.  500 hour drug treatment program.  Drug treatment.  Mental health treatment.  Vocational treatment.  Medical treatment.  Educational opportunities.

Defendant advised of her right to appeal.

Mittimus is stayed until 4/3/2007.

Defendant to self-surrender @2:30 p.m. on 4/3/2007 at the facility designated by the Bureau of Prisons.  The time is the time at the facility.

Mr. Klein to prepare order regarding bond.  Current bail conditions of release to continue.

Submitted by:  Theresa Lam, Courtroom Manager