# SECOND AMENDED MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/3/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 05-00181DAE

CASE NAME:       USA v. Diane Hamby

ATTYS FOR PLA:

ATTYS FOR DEFT:

USPO:

---

JUDGE:    David Alan Ezra          REPORTER:

DATE:     4/3/2007                 TIME:

---

COURT ACTION:  EO: Sentencing to Count 1 of the Indictment as to Defendant Diane Hamby.

Mittimus is stayed until 7/3/2007.

Submitted by:  Theresa Lam, Courtroom Manager