DAVID F. KLEIN  5066
Attorney at Law
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Tel:   (808) 523-7774
Fax:   (808) 599-1645
Email: dfklein@gmail.com

Attorney for Defendant DIANE HAMBY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CR. NO. 05-00181-DAE** |
| ) | |
| Plaintiff, ) | **ORDER RELEASING CASH** |
| ) | **SECURITY POSTED BY** |
| vs. ) | **DEFENDANT DIANE HAMBY** |
| ) | |
| DIANE HAMBY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER RELEASING CASH SECURITY
POSTED BY DEFENDANT DIANE HAMBY**

WHEREAS, DEFENDANT DIANE HAMBY was released from custody pending sentencing;

WHEREAS, the conditions of release for Ms. Hamby included the posting of an appearance bond in the amount of $50,000.00, secured by posting 20% cash ($10,000.00);

WHEREAS, on April 2, 2007, Defendant Hamby appeared for sentencing;

NOW, THEREFORE, it is hereby ordered that the cash security deposited by Defendant Hamby shall be released immediately and returned to the depositor.

All other conditions of the Appearance Bond shall remain in full force and effect.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 10, 2007.



_____
David Alan Ezra
United States District Judge

APPROVED AS TO FORM

/s/ Kenneth M. Sorenson
KENNETH M. SORENSON
ASSISTANT U.S. ATTORNEY

**CR. NO. 05-00181-DAE, ORDER RELEASING CASH SECURITY POSTED BY DEFENDANT DIANE HAMBY**