ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 2 2007

at 3 o'clock and 05 min. P M
SUE BEITIA, CLERK

DAVID F. KLEIN  5066
Attorney at Law
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Tel: (808) 523-7774
Fax: (808) 599-1645
Email: dfklein@gmail.com

Attorney for Defendant DIANE HAMBY

LODGED

JUN 2 1 2007
11:10 Am Ag
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00181 DAE |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO** |
| | ) **AMEND CONDITIONS OF PRETRIAL** |
| vs. | ) **RELEASE FOR DEFENDANT TO** |
| | ) **TRAVEL TO CALIFORNIA** |
| DIANE HAMBY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION AND ORDER TO AMEND CONDITIONS OF PRETRIAL
RELEASE FOR DEFENDANT TO TRAVEL TO CALIFORNIA**

WHEREAS the defendant was sentenced to a term of

imprisonment;

WHEREAS the defendant was permitted to self-surrender;

WHEREAS the defendant has been designated to FCI Dublin

in Dublin, California and must report by July 3, 2007 before

2:30 p.m.;

WHEREAS Defendant desires to visit family and friends

prior in California prior to her self-surrender date;

IT IS HEREBY STIPULATED by and between the parties that

Defendant Diane Hamby is allowed to travel to California on

or after June 27, 2007;

1

Defendant shall advise pretrial services as to her itinerary and where she will be staying prior to her self-surrender date of July 3, 2007.

IT IS SO STIPULATED:

Dated:  Honolulu, Hawaii ____6/21/07_____.

_____
DAVID F. KLEIN
Attorney for Defendant

_____
KENNETH M. SORENSON
Assistant U.S. Attorney

No Objection:

_____
CAROLYN L.K. HALL
Senior U.S. Pretrial Services Officer

APPROVED AND SO ORDERED:

_____
United States Magistrate Judge
District of Hawaii

USA V. DIANE HAMBY, CR. NO. 05-00181-01 DAE, STIPULATION AND ORDER TO AMEND CONDITIONS OF PRETRIAL RELEASE FOR DEFENDANT TO TRAVEL TO CALIFORNIA